# 22-0007-cv

In The
## United States Court of Appeals
For The Second Circuit

ELISA W., *et al.*,

*Plaintiffs-Appellants*

v.

THE CITY OF NEW YORK, *et al.*,

*Defendants-Appellees*

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK, NO. 15-CV-5273-KMW

**JOINT STIPULATION TO FILE DEFERRED APPENDIX**

Pursuant to Federal Rule of Appellate Procedure 30(c) and Local Rule 30.1(c), the parties to this appeal hereby stipulate that they will file a deferred appendix.

Respectfully submitted,

*(signature)*

Jamison Davies
Claude S. Platton
Richard Paul Dearing
NEW YORK CITY LAW DEPARTMENT
100 Church Street
New York, NY 10007
(212) 356-2490

*Counsel for Appellee City of New York*

*(signature)*

Elizabeth A. Brody
NEW YORK STATE OFFICE OF THE
   ATTORNEY GENERAL
28 Liberty Street
New York, NY 10005
(212) 416-6167

*Counsel for Appellee Sheila J. Poole*

*(signature)*

Antony L. Ryan
Justin C. Clarke
Nicole M. Peles
CRAVATH, SWAINE & MOORE LLP,
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
(212) 474-1000

*Attorneys for Plaintiffs-Appellants Elisa W.; Alexandria R., by her next friend, Alison Max Rothschild; Thierry E., by his next friend, Michael B. Mushlin; Lucas T., Ximena T., Jose T.C. and Valentina T.C., by their next friend, Rachel Friedman; Ayanna J., by her next friend, Meyghan McCrea; Olivia and Ana-Maria R., by their next friend, Dawn Cardi; Xavion M., by his next friend, Michael B. Mushlin; Dameon C., by his next friend, Reverend Doctor Gwendolyn Hadley-Hall; Tyrone M., by his next friend, Bishop Lillian Robinson-Wiltshire; Brittney W., by her next friend, Shamara Mills; Mikayla G., by her next friend, Michael B. Mushlin; Myls J. and Malik M., by their next friend, Elizabeth Hendrix; and Emmanuel S. and Matthew V., by their next friend, Samuel D. Perry, individually and on behalf of a class of all others similarly situated*

Dated: April 5, 2022