# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 5th day of April, two thousand twenty-two.

_____

Ayanna J., by her next friend, Meyghan McCrea, et al.,

      Plaintiffs - Appellants,

v.

The City of New York, Sheila J. Poole, Acting Commissioner of the New York State Office of Children and Family Services, in her official capacity,

      Defendants – Appellees.

_____

**ORDER**

Docket No. 22-7

The parties have filed a non-dispositive stipulation to file a deferred appendix pursuant to FRAP 30(c) and Local Rule 30.1(c).

The stipulation is hereby SO ORDERED.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court