

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

DIVISION OF APPEALS & OPINIONS

October 19, 2022

Honorable Catherine O'Hagan Wolfe
Clerk of the Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Re: *Ayanna J. v. City of New York*, No. 22-7

Dear Ms. Wolfe:

I am the attorney for defendant-appellee Sheila J. Poole in this appeal. I write to supplement my oral argument statement, filed on July 28, 2022, by providing the Court with additional dates on which I am unavailable for oral argument through the end of March 2023.

At this time, I am unavailable to appear at oral argument on the following dates: December 19; January 6, 9; and February 10-28.

Thank you for your consideration.

Respectfully submitted,

*Elizabeth Brody*

Elizabeth A. Brody
Assistant Solicitor General

cc: All counsel of record (via ECF)