

October 28, 2022

Catherine O'Hagan Wolfe
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re: *Elisa W. et al. v. The City of New York et al.*, No. 22-0007-cv

Dear Ms. O'Hagan Wolfe:

    I write to update the Court regarding my dates of unavailability to argue the above-captioned appeal. I am supplementing the dates provided in my previous letter, filed on October 18, 2022.

    I am unavailable to appear at oral argument on November 28-30 and December 2-6.

Respectfully,

*Marcia Robinson Lowry*

Marcia Robinson Lowry
A Better Childhood
(646) 795-4456
355 Lexington Ave., 16th Floor
New York, NY 10017



355 Lexington Avenue, Floor 16
New York, NY 10017
P. (646) 795-4456