**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**DEBRA ANN LIVINGSTON**
**CHIEF JUDGE**

**CATHERINE O'HAGAN WOLFE**
**CLERK OF COURT**

Date: September 19, 2023
Docket #: 22-7cv
Short Title: Elisa W. v. The City of New York

DC Docket #: 15-cv-5273
DC Court: SDNY (NEW YORK CITY)
DC Judge: Wood
DC Judge: Cave

**NOTICE OF CASE MANAGER CHANGE**

The case manager assigned to this matter has been changed.

Inquiries regarding this case may be directed to 212-857-8541.