# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 19th day of September, two thousand twenty-two,

Before:     José A. Cabranes,
               Joseph F. Bianco,
                   *Circuit Judges*.[*]

---

ELISA W.; ALEXANDRIA R., by her next friend, ALISON MAX ROTHSCHILD; THIERRY E., by his next friend, MICHAEL B. MUSHLIN; LUCAS T., XIMENA T., JOSE T.C. and VALENTINA T.C., by their next friend, RACHEL FRIEDMAN; AYANNA J., by her next friend, MEYGHAN MCCREA; OLIVIA and ANA-MARIA R., by their next friend, DAWN CARDI; XAVION M., by his next friend, MICHAEL B. MUSHLIN; DAMEON C., by his next friend, REVEREND DOCTOR GWENDOLYN HADLEY-HALL; TYRONE M., by his next friend, BISHOP LILLIAN ROBINSON-WILTSHIRE; BRITTNEY W., by her next friend, SHAMARA MILLS; MIKAYLA G., by her next friend, MICHAEL B. MUSHLIN; MYLS J. and MALIK M., by their next friend, ELIZABETH HENDRIX; and EMMANUEL S. and MATTHEW V., by their next friend, SAMUEL D. PERRY, individually and on behalf of a class of all others similarly situated,

        Plaintiffs-Appellants,

v.

THE CITY OF NEW YORK; SHEILA J. POOLE, COMMISSIONER OF THE NEW YORK STATE OFFICE OF CHILDREN AND FAMILY SERVICES, in her official capacity,

        Defendants-Appellees,

NEW YORK CITY ADMINISTRATION FOR CHILDRENS SERVICES; STATE OF NEW YORK; NEW YORK STATE

**JUDGMENT**

Docket No. 22-7

---

[*] Judge Rosemary S. Pooler, originally a member of the panel, died on August 10, 2023. The two remaining members of the panel, who are in agreement, have determined the matter. *See* 28 U.S.C. § 46(d); 2d Cir. IOP E(b); *United States v. Desimone*, 140 F.3d 457, 458–59 (2d Cir. 1998).

OFFICE OF CHILDREN AND FAMILY SERVICES; and DAVID HANSEL, COMMISSIONER OF THE NEW YORK CITY ADMINISTRATION FOR CHILDRENS SERVICES, in his official capacity,

        Defendants.

_____

        The appeal in the above captioned case from an order of the United States District Court for the Southern District of New York was argued on the district court's record and the parties' briefs. Upon consideration thereof,

        IT IS HEREBY ORDERED, ADJUDGED and DECREED that the order of the district court denying class certification is VACATED and the case is REMANDED for further proceedings consistent with this Court's opinion.

        For the Court:

        Catherine O'Hagan Wolfe,
        Clerk of Court